```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:21-00131

DOUGLAS VINEYARD
SCOTT MEADOWS

### MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of defendant Douglas Vineyard for a continuance of trial and all related deadlines. (ECF No. 44.)  Defendant Vineyard asks that trial and the associated deadlines be continued "until such time as he can adequately prepare for trial."  (Id.)  In support of defendant's motion, counsel for defendant Vineyard explains that discovery is voluminous and there have been technical difficulties with accessing a flash drive containing discovery materials.  The government does not oppose the motion.  Defendant Vineyard acknowledges that any period of continuance would be excluded under the Speedy Trial Act.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of defendants and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** the motion to continue.  In deciding to grant the motion, the court considered the factors outlined in 18 U.S.C.

§ 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:[1]

1. The deadline for the filing of pretrial motions is continued to **January 24, 2022**;
2. The Pretrial Motions Hearing is continued to **January 31, 2022, at 11:30 a.m.** in Bluefield;
3. Jury Instructions and Proposed Voir Dire are due by **March 30, 2022**;
4. Trial of this action is continued to **April 6, 2022, at 9:30 a.m.** in Bluefield; and
5. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

---

[1] As no motion for severance has been granted, these new dates (and the court's findings regarding excludable time under the Speedy Trial Act) apply to defendant Scott Meadows as well.

**IT IS SO ORDERED** this 6th day of January, 2022.

ENTER:

*David A. Faber*

David A. Faber
Senior United States District Judge